UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE
CORPORATION,

              Plaintiff,

     v.

MICHAEL BRENT ROTHENBERG,

              Defendant.

Case No.  23-cv-01606-JST

**CLERK'S JUDGEMENT**

Re: Dkt. No. 31

       Pursuant to the Order Granting Motion for Summary Judgment signed June 6, 2024, judgment is hereby entered.

       **IT IS SO ORDERED AND ADJUDGED.**

Dated: Thursday, June 6, 2024

Mark B. Busby
Clerk, United States District Court

By: _____
Kelly Collins, Deputy Clerk to the
Honorable JON S. TIGAR