Case 4:23-cv-01606-JST   Document 33   Filed 06/07/24   Page 1 of 3

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED

JUN 07 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

NEOPOST
06/04/2024
US POSTAGE $000.64⁰

FIRST-CLASS MAIL

ZIP 94612
041M11277551

958 NFE 1   22310006/05/24
FORWARD TIME EXP   RTN TO SEND
ROTHENBERG MICHAEL B
2395 FRANCISCO ST APT 205
SAN FRANCISCO CA 94123-1954

RETURN TO SENDER

Michael Brent Rothenberg
712 Bryant Street, Unit 6
San Francisco, CA 94107

23-cv-01606-JST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BRENT ROTHENBERG,<br><br>Defendant. | Case No. 23-cv-01606-JST<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 26 |

Before the Court is Plaintiff's Motion for Summary Judgment ECF No. 26. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for June 20, 2024, is hereby VACATED.

Dated: June 4, 2024

Mark B. Busby
Clerk, United States District Court

By: *Kelly Collins*

Kelly Collins, Deputy Clerk to the
Honorable JON S. TIGAR
510-637-1296

*Clerk's-Notice_CRD*
*rev. June 2018*